**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 03-cr-00625-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JAN MAHEALANI RODRIGUEZ,

       Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

On November 22, 2006, the probation officer submitted a petition for early termination of supervised release in this case.  On December 1, 2006, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on December 4, 2006, and the United States has not objected to the proposed relief.  Accordingly, it is

ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this 22nd day of December, 2006.

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
United States District Judge